IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS )<br>TRI-STATE WELFARE FUND, )<br>MID-AMERICA PENSION FUND, )<br>and MID-AMERICA SUPPLEMENTAL )<br>MONTHLY ANNUITY FUND )<br>                                              )<br>                    Plaintiffs,        )<br>                                              )<br>v.                                           )<br>                                              )<br>                                              )<br>RIGGING SERVICES, INC. and )<br>EVERETT BROSS, individually  )<br>                                              )<br>                    Defendants.   ) | Case No.  09 cv 6061<br><br>Judge  Der-Yeghiayan |

## INITIAL STATUS REPORT

1) <u>Nature of Claims and Counterclaims</u>

   This is an ERISA trust fund case seeking delinquent contributions. Rigging Services, Inc. submitted monthly contribution reports to the Plaintiff Trust Funds acknowledging that the Employer owes approximately $44,999.72 in delinquent contributions. However, the Defendant did not pay this amount. The owner of Rigging Services, Inc., Everett Bross executed a promissory note and breached the note by failing to pay the balance of $41,367.79. There are no counterclaims or third party complaints.

2) <u>Relief Sought by the Plaintiff</u>

   The Plaintiffs are pursuing $44,999.72 in contributions in addition to interest, liquidated damages, attorney fees and costs from Rigging Services, Inc. and $41,367.79 in contributions from Everett Bross personally, due to breach of a promissory

3) <u>Names of Parties not Served</u>
   Rigging Services, Inc. is in default and has filed no answer or appearance. Everett Bross has not been served with the amended complaint that was filed on October 30, 2009.

4)  Principal Legal Issues

   Whether Rigging Services, Inc. is bound to a collective bargaining agreement that requires it to submit ERISA contributions on behalf of its bargaining unit employees. Whether Everett Bross is liable for breach of a promissory note.

5)  Principal Factual Issues

   The factual issues involve determining the amount of ERISA contributions owed and whether Everett Bross executed a promissory note and subsequently breached it.

6)  Status of Pending Motions

   There are no pending motions. A motion for default judgment will be filed.

7), 8)  Description of Discovery Requested / Needed and Exchanged

   Interrogatories, Request to Admit Facts, and the Rule 30(b)(6) deposition as to the allegations contained in the Complaint will need to if the Defendant cures the default.

9)  Proposed Dates

   Because the Defendant is in technical default, the Plaintiffs intend on filing a motion for default judgment within the next 14 days.

10)  Case Ready for Trial

   The case will be ready for trial after the close of discovery.

11)  Length of Trial

   One and one-half days.

12)  Jury Status

   There is no jury demand.

13)	<u>Settlement Discussions</u>

The plaintiffs have reached out to the defendants to discuss settlement and the defendants claim that they have no money to pay the claim.

14)	<u>Consent to the Magistrate Judge</u>

The Plaintiffs would consent to the magistrate.

Respectfully submitted,

By: <u>s/ DANIEL P. McANALLY</u>
    Attorney for Plaintiffs

Whitfiel McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Phone:  312/251-9700